FILED

2016 AUG -9 PM 5: 18

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>       PLAINTIFF<br>    v.<br>DOROTHY MATSUBA ET AL.<br><br>       DEFENDANT(S) | CASE NUMBER<br><br>CR No. **CR16- 0538**<br><br>NOTICE TO COURT OF<br>RELATED CRIMINAL CASE<br><br>(PURSUANT TO GENERAL ORDER 14-03) |
|---|---|

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Jason Hong</u>, Case No. CR 16-212-RGK and <u>United States v. Ryu Goeku</u>, Case No. CR 16-325-RGK, which:

  __X__  were previously assigned to the Honorable R. Gary Klausner;

  _____  has not been previously assigned.

The above-entitled cases may be related for the following reasons:

  __X__  the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

  _____  the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: August 9, 2016

                         _[signature]_
                         Niall O'Donnell
                         Trial Attorney
                         Fraud Section
                         United States Department of Justice