ORIGINAL

FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JANE MATSUBA-GARCIA,
    aka "Jane Garcia,"
    aka "Jane Park,"
    aka "Lucy Vanalden,"
    aka "Gabby Charis,"

    Defendant.

No. CR 16-538-RGK

S U P E R S E D I N G
I N F O R M A T I O N

[26 U.S.C. § 7206(1):
Subscribing to a False Tax
Return]

The United States Attorney charges:

[26 U.S.C. § 7206(1)]

On or about March 16, 2012, in Los Angeles County, within the Central District of California, defendant JANE MATSUBA-GARCIA, also known as ("aka") "Jane Garcia," aka "Jane Park," aka "Lucy Vanalden," aka "Gabby Charis" ("defendant"), a resident of Los Angeles County, willfully made and subscribed to a Form 1040, U.S. Individual Income Tax Return, for the tax year 2010, which defendant verified as true, correct and complete by

a written declaration made under penalty of perjury, and which was prepared and signed in the Central District of California, and which was filed with the Internal Revenue Service, and which defendant did not believe to be true and correct as to every material matter, in that the return stated the defendant had $0 income, when, in fact, as defendant then and there knew, she had earned income for the 2010 tax year.

EILEEN M. DECKER
United States Attorney
Central District of California



LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

GEORGE S. CARDONA
Assistant United States Attorney
Chief, Major Frauds Section

ANDREW WEISSMANN
Chief
Fraud Section, Criminal Division
U.S. Department of Justice

NIALL M. O'DONNELL
DAVID A. BYBEE
Trial Attorneys
Fraud Section, Criminal Division
U.S. Department of Justice