

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# ORIGINAL

## CASE SUMMARY

Case Number  CR16-538-RGK
U.S.A. v.  Jane Matsuba-Garcia
☐ Indictment  ☑ Information

Defendant Number  3
Year of Birth  1976
Investigative agency (FBI, DEA, etc.)  FBI, IRS-CI, FHFA-OIG, LACS

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

### OFFENSE/VENUE

a. Offense charged as a :

☐ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense
☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☑ Felony

b. Date of Offense  March 16, 2012
c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

☑ Los Angeles        ☐ Ventura
☐ Orange             ☐ Santa Barbara
☐ Riverside          ☐ San Luis Obispo
☐ San Bernardino     ☐ Other _____

Citation of Offense  26 U.S.C. 7206(1)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
☐ Eastern (Riverside and San Bernardino)   ☐ Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☑ Yes

IF YES   Case Number _____

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**   16-CR-212; 16-CR-325

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: N/A
Case Number  N/A
Charging  N/A

The complaint:  ☐ is still pending
☐ was dismissed on: _____

### PREVIOUS COUNSEL

Was defendant previously represented?   ☐ No   ☑ Yes
IF YES, provide Name:  Mark J. Werksman
Phone Number:  213-688-0460

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*        ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*        ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

IS THIS A NEW DEFENDANT?   ☐ Yes   ☑ No

This is the  1st  superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:
08-19-16

Case Number  CR16-538-RGK

The superseded case:

☑ is still pending before Judge/Magistrate Judge

R. Gary Klausner

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☐ Yes*        ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*        ☑ No



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?  [ ] YES  [✓] NO
IF YES, list language and/or dialect: _____

**OTHER**

- [ ] Male  [✓] Female
- [✓] U.S. Citizen  [ ] Alien
- Alias Name(s): Jane Garcia; Jane Park; Lucy Vanalden; Gabby Charis
- This defendant is charged in:  [✓] All counts
- [ ] Only counts: _____
- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).
- Is defendant a juvenile?  [ ] Yes  [✓] No
- IF YES, should matter be sealed?  [ ] Yes  [✓] No

The area of substantive law that will be involved in this case includes:
- [✓] financial institution fraud
- [ ] public corruption
- [ ] government fraud
- [ ] tax offenses
- [ ] environmental issues
- [✓] mail/wire fraud
- [ ] narcotics offenses
- [ ] immigration offenses
- [ ] violent crimes/firearms
- [ ] corporate fraud
- [✓] Other   identity theft; filing false tax return

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?  [ ] Yes  [ ] No
d. Is on bail or release from another district: _____

Defendant is **in** custody:
a. Place of incarceration:  [ ] State  [ ] Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. [ ] Solely on this charge. Date and time of arrest: _____
e. On another conviction:  [ ] Yes  [ ] No
   IF YES:  [ ] State  [ ] Federal  [ ] Writ of Issue
f. Awaiting trial on other charges:  [ ] Yes  [ ] No
   IF YES:  [ ] State  [ ] Federal  AND
   Name of Court: _____
Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ___ 20  ___ 21  ___ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: Finding of excludable time through September 26, 2017

Date 3/1/17

Signature of Assistant U.S. Attorney
Niall M. O'Donnell
Print Name