UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 16-00538-3 RGK |
| Date | March 6, 2017 |

Present: The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

Interpreter   N/A

| Paul Songco | Sandra MacNeil | Naill O'Donnell, DOJ |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 3) Jane Matsuba-Garcia | X | | X | 3) Mark Werksman | X | | X |

**Proceedings:**   ARRAIGNMENT AND PLEA ON SUPERSEDING INFORMATION AND CHANGE OF PLEA TO COUNTS 1 AND 9 OF THE UNDERLYING INDICTMENT

X   Case is called.

X   The Defendant is sworn and questioned by the Court.

X   Defendant now enters a plea of GUILTY to the Single-Count Superseding Information and a new and different plea of GUILTY to Counts 1 and 9 of the underlying Indictment.

X   The Court questions the defendant regarding her pleas of GUILTY and FINDS that a factual basis has been laid and further FINDS the pleas are knowledgeable and voluntarily made. The Court ORDERS the pleas accepted and entered.

X   The Court refers the defendant to the Probation Office for investigation and report and the matter is continued to October 16, 2017 at 10:00 a.m. for sentencing. The Probation Officer is hereby directed to disclose the Presentence report on or before September 11, 2017.

X   Position papers are due 14 days before sentencing. Responsive documents are due 7 days before sentencing.

X   Trial is vacated as to this Defendant.

X   Other: The Government files the Waiver of Indictment with the Court's clerk.

                                                                    :   20

                                                    Initials of Deputy Clerk   ps

cc: USPO